UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-09
```

JAWAN AKIL BEY,

                      Plaintiff,

       - against -

THE CITY OF NEW YORK, et al.,

                      Defendants.

**ORDER**

**09 Civ. 7566 (LMM) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

      **IT IS HEREBY ORDERED** that the Parties appear for an initial telephonic conference with the Court on **November 30, 2009, at 2:30 p.m.**

      On the afternoon of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Upon receipt of this order, if you need further information direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 24th day of November 2009**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge