USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAWAN AKIL BEY,

                Plaintiff,

      - against -

THE CITY OF NEW YORK, et al.,

                Defendants.

ORDER

09 Civ. 7566 (LMM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that all discovery in this case is **STAYED** until further notice from the Court.

    **IT IS FURTHER ORDERED** that the Parties appear for a telephonic conference with the Court on **February 3, 2010, at 10:00 a.m.**

    On the morning of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Upon receipt of this order, if you need further information direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 30th day of November 2009**
**New York, New York**

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge